## HAMILTON v. STATE.
### No. 18394.

Court of Criminal Appeals of Texas.
March 18, 1936.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is robbery; penalty assessed at confinement in the penitentiary for life.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.